1 | Anthony J. Anscombe (SBN 135883)
2 | *aanscombe@steptoe.com*
  | **STEPTOE & JOHNSON LLP**
3 | 1 Market Street, Suite 3900
4 | San Francisco, CA 94105
  | Telephone: (415) 365-6700
5 | Facsimile: (415) 365-6699

6 | Melanie A. Ayerh (SBN 303211)
7 | *mayerh@steptoe.com*
  | **STEPTOE & JOHNSON LLP**
8 | 633 West Fifth Street, Suite 1900
9 | Los Angeles, CA 90071-3033
  | Telephone: (213) 439-9432
10 | Facsimile: (213) 439-9599

12 | [Additional Counsel on Next Page]

13 | *Counsel for Defendant Sentinel Insurance Company, Limited*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KUHEN, CPA d/b/a/ R. KUHEN & CO INC., on behalf of itself and all others similarly situated, | Case No.: 8:21-cv-00773-JLS-ADS |
| Plaintiff, | **DEFENDANT SENTINEL INSURANCE COMPANY, LIMITED'S NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD, | |
| Defendant. | |

1  Sarah D. Gordon (admitted *pro hac vice*)
   sgordon@steptoe.com
2  Caitlin R. Tharp (admitted *pro hac vice*)
3  ctharp@steptoe.com
   **STEPTOE & JOHNSON LLP**
4  1330 Connecticut Avenue NW
5  Washington, D.C. 20036
   Telephone:  (202) 429-3000
6  Facsimile:  (202) 429-3902
7
8  Alan E. Schoenfeld (admitted *pro hac vice*)
   alan.schoenfeld@wilmerhale.com
9  **WILMER CUTLER PICKERING HALE AND DORR LLP**
   7 World Trade Center
10 250 Greenwich Street
11 New York, NY 10007
   Telephone:  (212) 230-8800
12 Facsimile:  (212) 230-8888
13
14 *Counsel for Defendant Sentinel Insurance Company, Limited*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

SENTINEL INSURANCE COMPANY, LTD.'S NOTICE OF LODGIING [PROPOSED] JUDGMENT

Defendant Sentinel Insurance Company, Limited ("Sentinel") hereby lodges a [Proposed] Judgment in the above-mentioned case to be issued by the Clerk of the Court.

Dated: November 11, 2021     **STEPTOE & JOHNSON LLP**

By: */s/ Anthony J. Anscombe*
    Anthony J. Anscombe
    Melanie A. Ayerh
    Sarah D. Gordon
    Caitlin R. Tharp

*Attorneys for Defendant*
*Sentinel Insurance Company, Limited*