# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH KUHEN, CPA d/b/a/ R. KUHEN & CO INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD,<br><br>Defendant. | Case No.: 8:21-cv-00773-JLS-ADS<br><br>**JUDGMENT** |

On November 10, 2021, the Court, The Honorable Josephine L. Staton presiding, entered an Order Granting Defendant Sentinel Insurance Company, Limited's Motion to Dismiss the First Amended Complaint filed by Plaintiff Ralph Kuhen, CPA d/b/a/ R. Kuhen & Co. Inc. ("Plaintiff") (hereinafter "Order of Dismissal"). (Doc. 62.) The Order of Dismissal having issued, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff take nothing and that the action be dismissed in its entirety on the merits and with prejudice.

DATED: November 18, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE